# United States Court of Appeals
## For the First Circuit

No. 19-2004

ANITA S. LIMA, individually and on behalf of others similarly situated;
SUSAN WRUBLEWSKI, individually and on behalf of others similarly situated

Plaintiffs - Appellants

v.

POST CONSUMER BRANDS, LLC

Defendant - Appellee

**JUDGMENT**

Entered: October 16, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Kenneth David Quat
Sue Jung Nam
Aaron D. Van Oort
Tyler Adam Young
Kara G. Thorvaldsen
Emily R. Zambrana