# United States Court of Appeals
## For the First Circuit

No. 19-2004

ANITA S. LIMA, individually and on behalf of others similarly situated;
SUSAN WRUBLEWSKI, individually and on behalf of others similarly situated

Plaintiffs - Appellants

v.

POST CONSUMER BRANDS, LLC

Defendant - Appellee

**MANDATE**

Entered: October 16, 2020

In accordance with the judgment of October 16, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sue Jung Nam
Kenneth David Quat
Kara G. Thorvaldsen
Aaron D. Van Oort
Tyler Adam Young
Emily R. Zambrana